UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XIUMIN LI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 3:17-CV-712-B |
| | § | |
| GENENTECH, INC., et al., | § | |
| | § | |
| Defendants. | § | PTRL Management |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff Xiumin Li's Motion to Court for Default Judgment*, filed on April 17, 2017 (doc. 16), is **DENIED**.

**SIGNED** this 17th day of July, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE